IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CA No. 7:19-CV-108

PHILLIP SCOTT, on behalf of himself and all others similarly situated,

    *Plaintiff*,

v.

J&K DRYWALL, INC. d/b/a K&J CONSTRUCTION, FRAMING, AND HANGING; JAMES MALLOY; FRANCES MALLOY; COLLINS & WRIGHT, INC.; and BALFOUR BEATTY CONSTRUCTION, LLC,

    *Defendants*

**ORDER**

Upon finding good cause, the parties' Joint Motion Requesting a Stay of Litigation is **GRANTED**. It appearing to the undersigned that good cause exists for the stay, it is hereby ORDERED:

1. This action is stayed until November 25, 2019, which includes a stay of any deadlines concerning the parties' Joint Rule 26(f) Report.

2. The statute of limitations under the FLSA shall be tolled from the date that the stay begins, to the day after the mediation or, in the event an agreed settlement figure is reached at mediation, to two weeks following the mediation, for any putative FLSA collective action member who opts into this action by filing a written consent with the Court pursuant to 29 U.S.C. § 216(b) or timely submits a claim form as part of any settlement reached as a result of the Parties' planned mediation.

3. That within fourteen (14) days of the date that the stay lifted, December 9, 2019, the Parties shall either submit a notice informing the Court that the matter has been resolved, or

if the matter is not resolved through mediation, that the Parties shall have until December 13, 2019 to submit their Joint Rule 26(f) Report.

Thereby, this matter is stayed for forty-five (45) days or until November 25, 2019, to permit the parties to pursue mediation.

SO ORDERED, this the 24th day of October, 2019.

 

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE