IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP SCOTT, on behalf of himself and all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>J&K DRYWALL, INC. d/b/a K&J CONSTRUCTION, FRAMING, AND HANGING; JAMES MALLOY; FRANCES MALLOY; COLLINS & WRIGHT, INC.; and BALFOUR BEATTY CONSTRUCTION, LLC,<br>    *Defendants* | CA No. 7:19-CV-00108-FL |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Phillip Scott, on behalf of himself and all other similarly situated persons (collectively "Plaintiffs") and without any opposition from Defendants J&K Drywall, Inc. d/b/a K&J Construction, Framing, and Hanging; James Malloy; Frances Malloy; Collins & Wright, Inc.; and Balfour Beatty Construction, LLC (collectively "Defendants") moves this Court to approve the Parties' Settlement Agreement and dismiss Plaintiffs' claims against Defendants with prejudice. As explained in greater detail in the accompanying memorandum, the Settlement Agreement is fair and reasonable. Plaintiff respectfully requests that this Court enter an Order approving the settlement and dismissing Plaintiff's claims against Defendants with prejudice.[1]

Respectfully submitted this December 24, 2019.

                                                    */s/ Gilda Adriana Hernandez*
                                                    Gilda A. Hernandez (NCSB No. 36812)
                                                    Charlotte Smith (NCSB No. 53616)

---

[1] Consistent with the Parties' proposed settlement agreement, Plaintiff respectfully requests the Court modify the deadline for Plaintiff to file the stipulation of dismissal from January 3, 2019 to three (3) days following the consummation of the terms of the settlement agreement. *See* Court's November 11 Order setting deadline to file stipulation of dismissal to January 3, 2019, Dkt. 28.

**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that December 24, 2019, I electronically filed the foregoing true and accurate copy of the **PLAINTIFF'S MOTION FOR APPROVAL OF SETTLEMENT** with the Court using the CM/ECF system, which will send notification of such filing to the following:

Kevin S. Joyner (NC Bar No. 25604)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Phone: 919-787-9700
Facsimile: 919-783-9412
Kevin.joyner@ogletree.com
*Attorneys for Defendant Balfour Beatty Construction, LLC*

James M. Dedman, IV (N.C. Bar No. 37415)
**GALLIVAN, WHITE, & BOYD, P.A.**
6805 Morrison Blvd., Suite 200
Charlotte, NC 28211
(704) 552-1712 (Telephone)
(704) 362-4850 (Fax)
jdedman@gwblawfirm.com
*Attorneys for Defendant, Collins & Wright, Inc.*

Quintin D. Byrd (N.C. State Bar No. 44274)
**Q Byrd Law**
9121 Anson Way, Suite 200
Raleigh, North Carolina 27615
Tel.: (919) 964-3330
Fax: (919) 205-3322
quintin@qbyrdlaw.com
*Attorney for Defendants J & K Drywall, Inc., James Malloy, and Frances Malloy*

                                                  */s/ Gilda Adriana Hernandez*
                                                  Gilda A. Hernandez (NCSB No. 36812)
                                                  Charlotte Smith (NCSB No. 53616)
                                                  **THE LAW OFFICES OF GILDA A.**
                                                  **HERNANDEZ, PLLC**
                                                  1020 Southhill Drive, Ste. 130
                                                  Cary, NC 27513
                                                  Tel: (919) 741-8693
                                                  Fax: (919) 869-1853

ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*